**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SHIRLEY JENKINS,

    Plaintiff,

v.                                                  Case No: 8:13-cv-2796-T-30TGW

CORIZON HEALTH, INC. and
KAREN WORTHINGTON,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Voluntary Dismissal With Prejudice (Dkt. #46).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of March, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record